# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0401 (PLF) |
| **U. S. DEPARTMENT OF THE INTERIOR,** | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**ROBERT J. MCCARTHY**
78715 La Palma Drive
La Quinta, CA 92253

on this 16th day of March, 2007.

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895