UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>v.     )     Civil Action No. 07-0401 (PLF)<br>)<br>**U. S. DEPARTMENT OF THE INTERIOR,** )<br>)<br>Defendant. )<br>) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an enlargement of time to file an opposition to plaintiff's Motion for Summary Judgment, up to and including May 25, 2007, the same date that defendant's Motion for Summary Judgment is due. Plaintiff raises various claims under the Freedom of Information Act, 5 U.S.C. § 552. On or before May 25, 2007, defendant intends to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.

*Pro se* plaintiff has not consented to the relief requested in this motion. The grounds for this request are as follows:

a. The undersigned counsel began working at the U.S. Attorney's Office on February 28, 2007, and has been assigned to this case. On April 11, 2007, the Court set a deadline of May 25, 2007, for defendant to file a dispositive motion.

b.  On April 18, 2007, plaintiff filed a Motion for Summary Judgment. A response to plaintiff's Motion is currently due on May 2, 2007. Before filing a Cross-Motion and Opposition to Plaintiff's Motion for Summary Judgment, the undersigned counsel will need additional time to consult with agency counsel and to prepare and finalize such a motion.

c.  This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the extension of time, it would reduce the number of motions and replies filed in this case, as defendant anticipates it will combine its Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment into a Cross-Motion and Opposition to Plaintiff's Motion for Summary Judgment.

Accordingly, defendant respectfully requests that the Motion be granted. A proposed order is attached.

Respectfully submitted,

    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U. S. DEPARTMENT OF THE INTERIOR,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0401 (PLF) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of May 2007, a true and correct copy of the foregoing motion and proposed order were served upon *pro se* plaintiff **ROBERT MCCARTHY**, via First Class prepaid postage as follows:

**ROBERT J. MCCARTHY**
78715 La Palma Drive
La Quinta, CA 92253


　　　　　　　　　　　　　　　　　　　　/s Sherease Louis
　　　　　　　　　　　　　　　　　　　SHEREASE LOUIS
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.,
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U. S. DEPARTMENT OF THE INTERIOR,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0401 (PLF) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion for Enlargement of Time To File a Cross-Motion and Opposition to Plaintiff's Motion for Summary Judgment, it is this ____ day of May, 2007,

ORDERED, that the defendant shall have until up to and including May 25, 2007, to file a Cross-Motion and Opposition to Plaintiff's Motion for Summary Judgment.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies of this order to:
**ROBERT J. MCCARTHY**
78715 La Palma Drive
La Quinta, CA 92253