UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. MCCARTHY,<br><br>    Plaintiff,<br><br>v.<br><br>U. S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-0401 (PLF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR PERMISSION TO SERVE A SUPPLEMENTAL COMPLAINT**

  Pursuant to Fed. R.Civ.P. 15(d), Defendant, by undersigned counsel, hereby files its opposition to Plaintiff's Motion for Permission to Serve Supplemental Complaint, on two grounds. First, the FOIA issues Plaintiff seeks to add through a Supplemental Complaint concern documents relating to "allegations of gross mismanagement, fraud or abuse by [Department of the Interior/Bureau of Indian Affairs] officials in Palm Springs" and are entirely separate and distinct FOIA issues from the requests at issue in this case, which concern documents relating to attorney hirings, transfers, vacancies, performance awards, ratings, and specified documents in Plaintiff's official personal file. Second, the issues in this case have been fully briefed and ripe for decision for over a month, since June 11, 2007, while the issues that Plaintiff proposes to bring in are at the inceptive stage of litigation. Because the FOIA issues Plaintiff proposes to bring in are separate and distinct and at their inception, and as this case is nearly at its conclusion, the issues raised in Plaintiff's proposed Supplemental Complaint should more properly be the subject of a separate FOIA action. Therefore, Plaintiff's request should be denied.

## BACKGROUND

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, and pertains to the processing of Plaintiff's FOIA/Privacy Act request to the United States Department of the Interior (the "Department"). Plaintiff filed a complaint on February 26, 2007, concerning his FOIA and Privacy Act requests for documents relating to attorney filled positions, vacancies, performance awards and ratings, and for specified documents in his official personnel file. *See* Compl. ¶ 5. Plaintiff's Complaint alleged that the Defendant had improperly withheld the requested agency records, and that Plaintiff had suffered adverse effects under the Privacy Act attributable to the Department's response to his requests. *See* Compl. ¶ 38, 43. Plaintiff filed a Motion for Summary Judgment on April 18, 2007, and Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment ("Def.'s Mem."), and Opposition to Plaintiff's Motion for Summary Judgment ("Def.'s Opp. Mem."). Thereafter, on June 1, 2007, and June 11, 2007, respectively, Plaintiff and Defendant filed replies to the oppositions to the dispositive motions. Thus, this case has been fully briefed, and is ripe for a decision.

## STANDARD OF REVIEW

Rule 15(d) of the Federal Rules of Civil Procedure provides for a motion to supplement pleadings to include subsequent occurrences which relate to the original complaint and do not prejudice the opposing party. *See* Fed. R. Civ. P. 15(d). A supplemental pleading covers matters occurring subsequent to the filing of the complaint, but pertaining to the original complaint. *See Slavenburg Corp. v. Boston Ins. Co.*, 30 F.R.D. 123, 126 (S.D.N.Y. 1962). Thus, under Rule 15(d), a party may supplement the original pleading to include subsequent occurrences which are

related to the claim presented in the original complaint, absent prejudice to the nonmoving party. *See Argus Inc. v. Eastman Kodak Co.*, 552 F. Supp. 589, 602 (S.D.N.Y. 1982).

**ARGUMENT**

Defendant has sought dismissal of this FOIA and Privacy Act action – which seeks documents relating to attorney filled positions, vacancies, performance awards, ratings, and specified documents in Plaintiff's official personnel file – based on the fact that there is no FOIA or Privacy Act controversy to be decided, as Defendant has not withheld any documents. *See* Docket Entries 7, 8 and 10, respectively, Def.'s Mem., Def.'s Opp. Mem., and Def.'s Reply Mem. Plaintiff now requests permission to file a supplemental complaint, regarding entirely separate and distinct FOIA requests submitted on December 21-22, 2006, concerning documents relating to "allegations of gross mismanagement, fraud or abuse by [Department of the Interior/Bureau of Indian Affairs] officials in Palm Springs." *See* Plaintiff's proposed Supplemental Complaint, ¶¶ 7, 9. Thus, the filing of Plaintiff's Supplemental Complaint at this stage would necessarily re-start the litigation all over again.

Defendant respectfully submits that Plaintiff has provided no legally justifiable basis to file a supplemental complaint in this action, at this late stage, rather than file a new complaint. Because Plaintiff's proposed Supplemental Complaint involves different legal issues and is at the inceptive stage of litigation, while this case is fully briefed and ready for a decision, there is no benefit and no justifiable reason to file a supplemental complaint alleging a new cause of action. *See Health Ins. Ass'n of America v. Goddard Claussen Porter Novelli*, 213 F.R.D. 63, 66 (D.D.C. 2003)(denying motion to file supplemental complaint where it would not "'promote the economic and speedy disposition of the controversy between the parties,'" *quoting Wells v.*

*Harris,* 185 F.R.D. 128, 132 (D. Conn. 1999).  In fact, Plaintiff's Motion for Permission to Serve a Supplemental Complaint does not even attempt to argue that there are any further legal issues to be addressed in this action.  As Defendant has not withheld any documents, this FOIA and Privacy Act action is moot and should be dismissed.  Plaintiff's Supplemental Complaint would more properly be the subject of a separate FOIA action.  Therefore, Plaintiff's Motion for Permission to Serve Supplemental Complaint should be denied.

## CONCLUSION

For the reasons set forth above and in Defendant's previous pleadings, Defendant's Motion to Dismiss or in the Alternative for Summary Judgment should be granted, and Plaintiff's Motion for Permission to Serve Supplemental Complaint should be denied.

>Respectfully  submitted,
>
>    Jeffrey A. Taylor
>JEFFREY A. TAYLOR, D.C. BAR # 498610
>United States Attorney
>
>    Rudolph Contreras
>RUDOLPH CONTRERAS, D.C. BAR #  434122
>Assistant United States Attorney
>
>    s/Sherease Louis
>SHEREASE LOUIS
>Special Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530
>202-307-0895/ FAX 202-514-8780
>sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U. S. DEPARTMENT OF THE INTERIOR,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0401 (PLF) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused service of Defendant's Opposition to Plaintiff's Motion for Permission to Serve Supplemental Complaint to be made through the Court's electronic transmission facilities and by depositing a copy of thereof in the U.S. Mail, first class postage prepaid, addressed to:

**ROBERT J. MCCARTHY**
78715 La Palma Drive
La Quinta, CA 92253

on this 23rd day of July, 2007.

                                              /s Sherease Louis
                                              SHEREASE LOUIS
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**U. S. DEPARTMENT OF THE INTERIOR,** )<br>)<br>Defendant. )<br>_____)| Civil Action No. 07-0401 (PLF) |

ORDER

UPON CONSIDERATION of *Plaintiff's Motion for Permission to Serve Supplemental Complaint, Defendant's Opposition thereto,* and the entire record herein, for good cause shown, it is by the Court,

**ORDERED** that the Plaintiff's motion should be and is hereby denied.


DATED:_____                    _____
                                                                         PAUL L. FRIEDMAN
                                                                         UNITED STATES DISTRICT JUDGE



Copies of this Order to:

**ROBERT J. MCCARTHY**
78715 La Palma Drive
La Quinta, CA 92253