# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MCCARTHY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**THE INTERIOR,** )<br>)<br>Defendant. )<br>) | **Civil Action No.: 07-0401 (PLF)** |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Sherease Pratt as counsel of record for Defendant in the above-captioned action.

Dated: December 7, 2007                    Respectfully submitted,

                                             /s/
                                           CHRISTOPHER B. HARWOOD
                                           Assistant United States Attorney
                                           555 Fourth St., N.W.
                                           Washington, D.C.  20530
                                           Phone: (202) 307-0375
                                           Fax: (202) 514-8780
                                           Christopher.Harwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff via the Court's Electronic Case Filing system.


    /s/
CHRISTOPHER B. HARWOOD