IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT J. MCCARTHY, *Pro Se*  )
                                 )
        Plaintiff,         )  Civil Action No. 07-0401 (PLF)
                                 )
        v.                )
                                 )
UNITED STATES DEPARTMENT  )
OF THE INTERIOR           )
                                 )
        Defendant.      )
                                 )

RECEIVED
FEB – 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO DISMISS WITH PREJUDICE

Plaintiff requests dismissal of the foregoing action, with prejudice.

Plaintiff understands Defendant has no objection to the motion.

**VERIFIED**

I declare under penalty of perjury under the laws of the United States

of America that the foregoing is true and correct.

2/4/08
_____
Date

_____
Robert J. McCarthy, *pro se*

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made by depositing a copy
of it in the U.S. mail, first class postage prepaid, addressed to:

Sherease Louis
Special Assistant United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington , D.C. 20530

2/4/08

Robert J. McCarthy
78715 La Palma Drive
La Quinta CA 92253
(760) 360-7828